NO. 07-01-0472-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



 DECEMBER 11, 2002


______________________________



LEONE PLUMMER
,




 Appellant


v.



CHARLENE J. REEVES, 




 Appellee

_________________________________



FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;



NO. 37,904-C; HON. PATRICK A. PIRTLE, PRESIDING


_______________________________



Before QUINN and REAVIS, JJ. and BOYD, SJ. (1)

 Appellant Leone Plummer filed a notice of appeal on November 27, 2001. The
clerk's and reporter's records were filed on September 18, 2002, and Plummer's brief was
due to be filed on October 18, 2002. It was not filed but instead Plummer's husband, who
is not a licensed attorney, purported to represent her by seeking an extension of time to
file the brief. On November 13, 2002, this court requested Plummer and her husband to
show proof he was a licensed attorney. In response, we received a document entitled
"Appeals Brief" signed by Plummer's husband. 

 By letter dated November 25, 2002, we notified Plummer that the brief had been
struck because her husband lacked the legal authority to act on her behalf. So too did we
order Plummer to file her brief on or before December 9, 2002, or the appeal would be
dismissed. No brief or other response has been received.

 Accordingly, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure
38.8(a)(1) for want of prosecution.


 Per Curiam


Do not publish.
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. tex. gov't code
ann. §75.002(a)(1) (Vernon Supp. 2002).